In the Matter of the Claim of ESSIE PERRY, Respondent, against ROMAN

* Amd. by Laws of 1926, chap. 464.— [REP.

App. Div.]                Third Department, November, 1926.

LANDSCAPE CONTRACTING COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of dependency.  All concur.